

ORIGINAL

FILED

06/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0225

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0225

PETER GRIGG,

    Petitioner and Appellant,

v.

TIFFANEY GRIGG,

    Respondent and Appellee.

O R D E R

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until August 8, 2022, within which to file his opening brief.

DATED this 24 day of June, 2022.

For the Court,

_____
Chief Justice